JS-6

1  VARAND VARTANIAN, Bar No. 265912
   vvartanian@deconsel.com
2  JODI SIEGNER, Bar No. 102884
   jsiegner@deconsel.com
3  DeCARLO & SHANLEY
   A Professional Corporation
4  533 S. Fremont Avenue, 9th Floor
   Los Angeles, California 90071-1706
5  Telephone:  213/488-4100
   Telecopier: 213/488-4180
6
   ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
7  ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
   FOR THE CARPENTERS SOUTHWEST TRUSTS
8

9
                    UNITED STATES DISTRICT COURT
10
                  CENTRAL DISTRICT OF CALIFORNIA
11
                         WESTERN DIVISION
12

13  CARPENTERS SOUTHWEST            )  CASE NO. CV 13-4089 BRO(MANx)
    ADMINISTRATIVE CORPORATION,    )
14  a California non-profit corporation; and )
    BOARD OF TRUSTEES FOR THE      )  JUDGMENT
15  CARPENTERS SOUTHWEST           )
    TRUSTS,                         )
16                                  )
                 Plaintiffs,        )
17                                  )  Before the Honorable
    v.                              )      Beverly Reid O'Connell
18                                  )
    G. ARMSTRONG & ASSOCIATES,     )
19  INC., a California corporation, )
    doing business as G.L.          )
20  CONSTRUCTION & DRYWALL;        )
    GREGORY PAUL ARMSTRONG, an     )
21  individual; NAVIGATORS          )
    INSURANCE COMPANY, a New York  )
22  corporation; and DOES 1 through )
    10, inclusive,                  )
23                                  )
                 Defendants.        )
24  _____ )

25

26       It appearing that defendant, G. ARMSTRONG & ASSOCIATES, INC., a

27  California corporation, doing business as G.L. CONSTRUCTION & DRYWALL,

28  ("DEFENDANT") having been regularly served with process, having failed to

1  plead or otherwise defend this action and its default having been entered; on

2  application of the CARPENTERS SOUTHWEST ADMINISTRATIVE

3  CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS

4  SOUTHWEST TRUSTS, to the Court and after having considered the papers and

5  arguments submitted in support thereof, and good cause appearing therefore,

6        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

7  CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and

8  BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

9  have judgment as follows:

10        AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE

11  CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS

12  SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST G.

13  ARMSTRONG & ASSOCIATES, INC., a California corporation, doing business

14  as G.L. CONSTRUCTION & DRYWALL:

15  1.    Unpaid contributions        $216,527.36

16  2.    Interest on the unpaid contributions pursuant
17        to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum)
      pursuant to the Trust Agreements from the due
18        date to to November 18, 2013 (accruing at $41.62 per day)    47,482.83

19  3.    Interest pursuant to 29 U.S.C.A. 1132(g)(2)(C)
      (double interest on contributions)    47,482.83

20  4.    Attorneys' fees pursuant to Local Rule 55-3    7,930.55

21  GRAND TOTAL    $319,423.57

22  5.    Plus costs to be determined after entry
23        of judgment.

24  6.    The judgment shall accrue interest pursuant to 28 U.S.C. §1961(a).

////

25  ////

26  ////

27  ////

28

2

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS'S SECOND CLAIM FOR RELIEF AGAINST G. ARMSTRONG & ASSOCIATES, INC., a California corporation, doing business as G.L. CONSTRUCTION & DRYWALL:</u>

1. For issuance of a permanent injunction restraining and enjoining DEFENDANT for so long as it remains bound to make any payments or contributions to the PLANS, from failing to deliver or cause to be delivered to CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, the following:

a. A complete, truthful and accurate Employers Monthly Report to Trustees covering all employees of DEFENDANT, employed during the previous month under the AGREEMENT,

b. A declaration from a responsible employee of DEFENDANT, attesting from his or her personal knowledge under penalties of perjury to the completeness, truthfulness and accuracy for DEFENDANT's Monthly Report; and

c. Checks for the full amount shown as owing to each Trust on DEFENDANT's Monthly Report, payable as designated on the Monthly Report.

DATED:    January 23, 2014    _____
THE HONORABLE
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE